```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 09561
   STANLEY JONES
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2008

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 06/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
GE CAPITAL                 SECURED              1420.00         137.64        1420.00
GE CAPITAL                 UNSEC W/INTER        9616.00        1046.88        9616.00
GUARANTY RESIDENTIAL LEN   CURRENT MORTG            .00            .00            .00
CAPITAL ONE AUTO FINANCE   UNSEC W/INTER        6176.13         672.44        6176.13
CITIFINANCIAL              UNSEC W/INTER NOT FILED                .00            .00
CREDIT PROTECTION ASSOC    UNSEC W/INTER NOT FILED                .00            .00
GLOBAL PAYMENTS            UNSEC W/INTER NOT FILED                .00            .00
JBC & ASSOCIATES           NOTICE ONLY   NOT FILED                .00            .00
IVANHOE DENTAL GROUP       UNSEC W/INTER NOT FILED                .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER        1375.26         149.70        1375.26
RESURGENT ACQUISITION LL   UNSEC W/INTER        1273.65         138.66        1273.65
LEGAL REMEDIES CHARTERED   DEBTOR ATTY         1,974.00                       1,974.00
TOM VAUGHN                 TRUSTEE                                            1,504.65
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              25,485.01

PRIORITY                                           .00
SECURED                                       1,420.00
    INTEREST                                    137.64
UNSECURED                                    18,441.04
    INTEREST                                  2,007.68
ADMINISTRATIVE                                1,974.00
TRUSTEE COMPENSATION                          1,504.65
DEBTOR REFUND                                      .00
                     ---------------        ---------------
TOTALS               25,485.01               25,485.01
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 09561 STANLEY JONES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 05 B 09561 STANLEY JONES